IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR 24  P 1: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LYNDA TURNER, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 2:08-CV-238-MEF |
| BFI WASTE SERVICES, LLC d/b/a ALLIED WASTE SERVICES OF MONTOMGERY, | : |
| Defendant. | : |

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff hereby notifies the Court that she voluntarily dismisses all claims in the above-styled civil action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(i).

Respectfully submitted this 24 day of April, 2008.

By: *Lynda Turner*
Lynda Turner
Plaintiff Pro Se

Lynda Turner
7154 Wyngrove Drive
Montgomery, AL 36117
(334) 244-1099