# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

April 24, 2008

**Notice of Dismissal of Case**

To:   All Parties

Re:   Turner v. BFI Waste Services, LLC
      Civil Action No.   2:08-cv-00238-MEF

Pursuant to the Notice of Dismissal filed by the Plaintiff on April 24, 2008, this case has been closed and removed from the pending docket of this court.